IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of |
| | : | Notice: March 6, 2018 |
| vs. | : | |
| | : | |
| DEVON SANDERS | : | Criminal No. 16-513 |
| 128 Tennis Avenue | | |
| Glenside, PA | | |
| 19038 | | |

      **TAKE NOTICE** that the above-entitled case has been set for <u>Sentencing</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on <u>Monday, March 12, 2018</u> at <u>2:00 p.m.</u> before the Honorable <u>Lawrence F. Stengel</u>, in <u>Courtroom 14B</u>,  14th floor.

      **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE. IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

      If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,


/s/: Laura L. Buenzle_____
Laura L. Buenzle
Deputy Clerk to Chief Judge Stengel

NO INTERPRETER REQUIRED
THIS PROCEEDING HAS BEEN RESCHEDULED FROM

Notice to:
    D. Sanders, Defendant
    A. Durbin, Defense Counsel
    P. Goldberger, Defense Counsel
    M. Rotella, A.U.S.A.
    U.S. Marshal
    Probation Office
    Pretrial Services
    Larry Bowman

Cr 4 (rev. 8/98)