IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO. 16-513 |
| DEVON EDWARD SANDERS | : | |

### ORDER TO SURRENDER

AND NOW, this 4th day of June, 2018, the above-named defendant having been sentenced to the custody of the U.S. Marshals and Attorney General,

It is ORDERED that the execution of prison sentence is suspended until Monday, August 6, 2018, at which time defendant is directed to report to an institution designated by the U.S. Marshals and Bureau of Prisons no later than 2:00 P.M. to commence serving said sentence.

**AND IT IS SO ORDERED.**

_____
Lawrence F. Stengel, C.J.

**ACKNOWLEDGEMENT**

I agree to report as directed by the Court in this Order and understand that if I fail to do so I may be cited for contempt and if convicted may be punished by imprisonment or fine, or both.

_____          _____
Attorney-Witness                                               Defendant

Cr 28 (8/80)
surrendr.frm

cc: USM(2)